PRUDENTIAL PROTECTIVE SERVICES, LLC v THE NRP GROUP, LLC, No. 151802; Court of Appeals No. 318957.

PEOPLE v MENI, No. 151852; Court of Appeals No. 319627.

CADLE COMPANY v ROBINSON, No. 151871; Court of Appeals No. 324863.

LECHNER v LECHNER, No. 151889; Court of Appeals No. 321250.

PEOPLE v FERRIER, No. 151901; Court of Appeals No. 320292.

PEOPLE v FOX, No. 151911; Court of Appeals No. 315546.

PEOPLE v WYATT, No. 151914; Court of Appeals No. 325635.

PEOPLE v SMOLEN, No. 151937; Court of Appeals No. 326528.

PEOPLE v HALO WASHINGTON, No. 151939; Court of Appeals No. 321125.

PEOPLE v DYE, No. 151977; Court of Appeals No. 325470.

PEOPLE v MASON, No. 151980; Court of Appeals No. 326262.

PEOPLE v HAMPTON, No. 151994; Court of Appeals No. 327225.

PEOPLE v JARED BROCK, No. 152010; Court of Appeals No. 325737.

DAVENPORT v HRPKA, No. 152015; Court of Appeals No. 321615.

PEOPLE v HAAN, No. 152018; Court of Appeals No. 319944.

PEOPLE v BETTINA SMITH, No. 152031; Court of Appeals No. 319943.

PEOPLE v MANIZAK, No. 152038; Court of Appeals No. 325996.

PEOPLE v RONNIE TAYLOR, No. 152050; Court of Appeals No. 320693.

WALLER v GARVER, No. 152062; Court of Appeals No. 319611.

PEOPLE v LARRY MOORE, No. 152067; Court of Appeals No. 319240.

PEOPLE v LANE, No. 152069; Court of Appeals No. 322445. On order of the Court, the application for leave to appeal the July 16, 2015 judgment of the Court of Appeals is considered and, although the Court of Appeals in this case relied on *People v Herron*, 303 Mich App 392 (2013), which this Court overruled in *People v Lockridge*, 498 Mich 358 (2015), we are not persuaded that the defendant has established a threshold showing of prejudice under *Lockridge* or that the questions presented should otherwise be reviewed by this Court. The application for leave to appeal is therefore denied.